# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0344
_____

GLEN SCHOOLEY,

Appellant,

v.

WELLS FARGO BANK, N.A. as
Trustee for Option One
Mortgage Loan Trust 2007-
FXD2, LINDA FLOWERS and
SHARON CASON,

Appellees.

_____

On appeal from the Circuit Court for Holmes County.
Timothy Allen Register, Judge.

June 3, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Glen Schooley, pro se, Appellant.

Kimberly Lyn George of Deluca Law Group, Fort Lauderdale, for Appellee Wells Fargo Bank, N.A.

Robert A. Goodwin, III of Goodwin Law Group, P.A., Mary Esther, and Thomas Leon Lutz of Goodwin Law Group, Mary Esther, for Appellee Linda Flowers.

No appearance for Appellee Sharon Cason.